FILED
U.S. District Court
District of Kansas
10/09/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**DANIEL L. CREGUT,**

**Petitioner,**

**v.** **CASE NO. 26-3249-JWL**

**DAN SCHNURR,**

**Respondent.**

**MEMORANDUM AND ORDER**

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner Daniel L. Cregut in July 2026. (Doc. 1.) On September 22, 2026, the Court issued a memorandum and order to show cause ("MOSC") granting Petitioner until and including October 23, 2026 to show cause why this case should not be dismissed as untimely filed. (Doc. 10.) This matter comes now before the Court on Petitioner's motion for extension of time to respond to the MOSC. (Doc. 11.) The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion for extension of time (**Doc. 11)** is **granted**. The time in which Petitioner may respond to the Memorandum and Order to Show Cause (Doc. 10) is extended until and including **November 6, 2026.**

**IT IS SO ORDERED.**

DATED: This 9th day of October, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge